

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-22-00880-CR

**EX PARTE** Christopher-Jarvis **PAYNE**

Original Proceeding[1]

PER CURIAM

Sitting: Rebeca C. Martinez, Chief Justice
    Luz Elena D. Chapa, Justice
    Liza A. Rodriguez, Justice

Delivered and Filed: February 15, 2023

PETITION FOR WRIT OF HABEAS CORPUS DENIED

Relator filed a petition for writ of habeas corpus. Relator is represented by trial counsel below; therefore, he is not entitled to hybrid representation. *See Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). The absence of a right to hybrid representation means relator's *pro se* habeas corpus petition will be treated as presenting nothing for this court's review. *See id*.; *see also Gray v. Shipley*, 877 S.W.2d 806, 806 (Tex. App.—Houston [1st Dist.] 1994, orig. proceeding). Accordingly, relator's petition for writ of habeas corpus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's motion is denied as moot.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause Nos. 2021CR3349 and 2022CR6932, styled *State of Texas v. Christopher Payne*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.